# SEARCH WARRANT

Commonwealth of Virginia        VA. CODE §§ 19.2 56, 19.2 57

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing either in day or night

███ NW Roanoke VA 24017 and curtilage.

This is a two story, single family residence, with a green exterior and white trim. The numbers ' ███ are on posted on a white column of the front porch to the left of the front door.

for the following property, objects and/or persons:
The person of Ozmeik Rae'Quan Clements, Black Male, Social Security Number ███, Date Of Birth ███.

| FILE NO. | |
|---|---|
| **SEARCH WARRANT** | |
| **COMMONWEALTH OF VIRGINIA** | |
| **v./In re** | |
| Ozmeik Rae'Quan Clements | |
| 1324 Melrose Ave NW | |
| Roanoke, Va 24017 | |

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the Roanoke City Circuit Court an inventory of all property, persons, and/or objects seized.

This SEARCH WARRANT is issued in relation to [ ] an offense substantially described as follows:
[X] a person to be arrested for whom a warrant or process for arrest has been issued identified as follows:

In violation of section 18.2 32 Code of Virginia, 1950 as amended; Murder.

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, or that the person to be arrested for whom a warrant or process for arrest has been issued is located at the place to be searched, and further that the search should be made, based on the statements in the attached affidavit sworn to by

_Sgt. J.A. Camp   RPD_
NAME OF AFFIANT

_R L Warren_

09/29/2019 06:01 PM
DATE AND TIME

[ ] CLERK   [X] MAGISTRATE   [ ] JUDGE

R L. Warren

SWN: 770CM1900021787

FORM DC-339 (MASTER, PAGE ONE OF TWO) 07/17

## SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____

The statement above is true and accurate to the best of my knowledge and belief.

_____        _____
DATE                            EXECUTING OFFICER

Subscribed and sworn before me this day

_____        [ ] CLERK   [ ] MAGISTRATE   [ ] JUDGE
DATE

**FOR NOTARY PUBLIC'S USE ONLY:**

State of _____  [ ] City  [ ] County of _____

Acknowledged, subscribed and sworn to before me this _____ day of _____, 20 _____

_____        _____
NOTARY REGISTRATION NUMBER      NOTARY PUBLIC
                                (My commission expires: _____)

### EXECUTION

Executed by searching the within described place, person or thing.

_____
DATE AND TIME EXECUTED

_____
EXECUTING OFFICER

Certified to _____

Circuit Court on _____
                        DATE

_____
EXECUTING OFFICER

Received  [ ] in person  [ ] by certified mail
          [ ] by electronically transmitted facsimile

on _____
        DATE

by: _____
    CLERK OF CIRCUIT COURT

FORM DC-339 (MASTER, PAGE TWO OF TWO) 01/09

**AFFIDAVIT FOR SEARCH WARRANT**
Commonwealth of Virginia       VA. CODE § 19 2-54


COPY

| FILE NO. | |
|---|---|

**AFFIDAVIT FOR SEARCH WARRANT**

The undersigned Applicant states under oath:

1. A search is requested in relation to [ ] an offense substantially described as follows:
   [X] a person to be arrested for whom a warrant or process for arrest has been issued identified as follows:
   In violation of section 18.2-32 Code of Virginia, 1950 as amended; Murder.

**APPLICANT:**

J.A. Camp
NAME

Sergeant
TITLE (IF ANY)

348 Campbell Ave SW
ADDRESS

Roanoke, Va. 24016

[ ] CONTINUED ON ATTACHED SHEET

2. The place, person or thing to be searched is described as follows:
   ▇▇▇ NW Roanoke VA 24017 and curtilage.

   This is a two story, single family residence, with a green exterior and white trim. The numbers "▇▇▇" are on posted on a white column of the front porch to the left of the front door.

Certified to Clerk of
_____ Circuit Court
CITY OR COUNTY

on _____
DATE

_____    _____
TITLE                SIGNATURE

Original Delivered [ ] in person  [ ] by certified mail
                   [ ] by electronically transmitted facsimile
                   [ ] by use of filing/security procedures
                       defined in the Uniform Electronic
                       Transactions Act

[ ] CONTINUED ON ATTACHED SHEET

3. The things or persons to be searched for are described as follows:
   The person of Ozmeik Rae'Quan Clements, Black Male, Social Security Number ▇▇▇▇ Date Of Birth ▇▇▇▇.

to Clerk of _____ Circuit Court
CITY OR COUNTY WHERE EXECUTED

on _____
DATE

_____    _____
TITLE                SIGNATURE

[ ] CONTINUED ON ATTACHED SHEET

(OVER)

FORM DC-338 (MASTER, PAGE ONE OF TWO) 07/17

4. The material facts constituting probable cause that the search should be made are:

On September 29, 2019, your affiant received a call from ATF Special Agent Teehan. SA Teehan advised that around 1400 hours on this date, he received a call from a reliable confidential informant (CI) who has provided reliable information to him on multiple occasions recently. CI advised that they observed Ozmeik Clements on the front porch of ▮▮▮▮▮▮▮▮▮▮ NW with Aaron Reynolds and Darreonta Reynolds. CI advised that they have observed Clements at that address on more than one occasion in the past couple days and believe he is residing there. Roanoke Police currently have a Detention Order for Clements for Murder. Officers have had that address under surveillance since 1430 hours and confirm that Aaron and Darreonta Reynolds are there. A search warrant for ▮▮▮▮▮▮▮▮▮▮ NW and the curtilage is requested to apprehend Ozmeik Clements.

5. The object, thing or person searched for [X] constitutes evidence of the commission of such offense [ ] is the person to be arrested for whom a warrant or process for arrest has been issued.

6. [X] I have personal knowledge of the facts set forth in this affidavit AND/OR

[X] I was advised of the facts set forth in this affidavit, in whole or in part, by one or more other person(s). The credibility of the person(s) providing this information to me and/or the reliability of the information provided may be determined from the following facts:

Sgt. J.A. Camp has been a sworn police officer with the Roanoke Police Department since March 2013 and has been assigned to Patrol and Criminal Investigations Bureau. Prior to being employed by Roanoke City Police Department, Sgt. Camp was a sworn law enforcement officer in North Carolina from 1998-2008. He has formal training and experience in the investigations including but not limited to Murder, Robbery, Malicious Wounding, and Rape.

Special Agent Teehan is employed with the Federal Bureau of Alcohol, Tobacco, and Firearms.

The statements above are true and accurate to the best of my knowledge and belief.

_____Sergeant_____  
TITLE OF APPLICANT

_____/s/ Jail A. G._____  
APPLICANT

Subscribed and sworn to before me this day.

__09-29-19__  
DATE AND TIME

_____/s/ K. War_____  
[ ] CLERK  [X] MAGISTRATE  [ ] JUDGE

FORM DC-338 (MASTER. PAGE TWO OF TWO) 07/17