# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

| | | |
|---|---|---|
| CATHY REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   7:21-cv-00220 (EKD-RSB) |
| | ) | |
| SGT. JOEL CAMP, *et al.*; | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the above-captioned action be dismissed with prejudice with each party to bear their own costs and fees. All matters in controversy herein have been settled by agreement of the parties.

Dated:  June 13, 2022

/s/
JOSHUA ERLICH
KATHERINE L. HERRMANN
The Erlich Law Office, PLLC
2111 Wilson Blvd
Suite 700
Arlington, VA 22201
Telephone: (703) 791-9087
Facsimile: (703) 722-8114
Email: jerlich@erlichlawoffice.com
       kherrmann@erlichlawoffice.com

*Attorneys for Cathy Reynolds*

/s/
Timothy R. Spencer (VSB No. 26352)
City Attorney
Douglas P. Barber, Jr. (VSB No. 45161)
Assistant City Attorney
215 Church Avenue, S.W.
Roanoke, Virginia 24011
Phone: (540) 853-2431
Fax: (540) 853-1221
timothy.spencer@roanokeva.gov
douglas.barber@roanokeva.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing using this Court's CM/ECF electronic filing system, which will provide notice to:

Timothy R. Spencer (VSB No. 26352)
City Attorney
Douglas P. Barber, Jr. (VSB No. 45161)
Assistant City Attorney
215 Church Avenue, S.W.
Roanoke, Virginia 24011
Phone: (540) 853-2431
Fax: (540) 853-1221
timothy.spencer@roanokeva.gov
douglas.barber@roanokeva.gov

*Counsel for Defendants*

                                                                         /s/
                                                      Katherine L. Herrmann